UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LUCAS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **JUDGMENT**<br>)<br>) No. 7:22-CV-175-RN |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security* | )<br>)<br>) |
| Defendant. | ) |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Robert T. Numbers, II for consideration on Plaintiff's brief and Defendant's Motion for judgment on the pleadings.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court grants Kijakazi's motion (D.E. 20), denies Lucas's motion (D.E. 17), and affirms the Acting Commissioner's determination. This action is dismissed. The Clerk shall close this case.

This Judgment Filed and Entered on May 5, 2023 with service on:
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)

                                          PETER A. MOORE, JR., CLERK

                                          /s/ Carson B. Pendergrass
                                          (By): Carson B. Pendergrass, Deputy Clerk